August 9, 2012



# JUDGMENT

# The Fourteenth Court of Appeals

THE DOW CHEMICAL COMPANY, Appellant

NO. 14-12-00634-CV                          V.

DANFORD MAINTENANCE SERVICE, INC., Appellee

_____

Today the Court heard appellant's motion to consolidate this cross-appeal from the judgment signed by the court below on April 16, 2012, into appeal No. 14-12-00507-CV. Having considered the motion and found it meritorious, we grant the motion and consolidate No. 14-12-00507-CV and No. 14-12-00634-CV for all purposes. The issues, records, and documents filed in cause number 14-12-00634-CV are consolidated into cause number 14-12-00507–CV. The consolidated appeals shall proceed under appeal number 14-12-00507-CV, and appeal number 14-12-00634-CV is hereby **DISMISSED**.

We further order that appellants shall pay their costs by reason of this appeal.

We further order that mandate be issued immediately.

We further order this decision certified below for observance.